[No. 28819-9-I.   Division One.   April 12, 1993.]

JANET V. PERRY, *Individually and as Personal Representative*, ET AL, *Respondents*, v. PACECO, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-2-02359-8, Peter K. Steere, J., entered June

17, 1991. *Reversed* by unpublished opinion per Baker, J., concurred in by Pekelis, A.C.J., and Coleman, J.